[No. 3506-1.   Division One.   June 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF ARVIDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6896, John E. Rutter, Jr., J., entered December 18, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3738-1.   Division One.   June 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK CURTIS STREDICKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70711, Frank J. Eberharter, J., entered April 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3842-1.   Division One.   June 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN E. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 3065, Harry A. Follman, J., entered April 25, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4479-43559-1.   Division One.   June 1, 1976.]

THE STATE OF WASHINGTON, *Appellant*, v. CLARENCE BENNY REYNOLDS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 69684, Donald J. Horowitz, J., entered November 22, 1974. *Reversed* by unpublished opinion per Williams, C.J., concurred in by Swanson, J., and Soderland, J. Pro Tem.